USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/8/26

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Amanda Zetterstrom, on behalf of herself and all others similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> Colgate-Palmolive Co., et al. <br><br> Defendants. | Case No.: 25-cv-2151-ALC <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(i)** |

Pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(ii), plaintiff Amanda Zetterstrom hereby provides notice and dismisses her above-captioned complaint without prejudice because her and the other class members' claims in the above-captioned action are covered by a class action settlement to be filed in the matter of *Rabinowitz et al. v Colgate-Palmolive Co.*, *et al.*, case no. 25-cv-6996 (E.D.N.Y.).

Dated: January 7, 2026

Respectfully submitted,

**REESE LLP**

Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
*mreese@reesellp.com*

*Counsel for Plaintiff*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 8, 2026
New York, NY